David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:  (602) 265-3332
Facsimile:   (602) 230-4482

*Attorney for Plaintiff,*
Richard Flores

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Richard Flores, | Case No.: 2:17-CV-03222-GMS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Receivables Performance Management, Inc. | |
| Defendant. | |

//
//
//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Unilateral Notice of Dismissal to this action with prejudice, and with each party bearing their own attorney's fees and costs, within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated, and that the Court set a deadline on or after February 5, 2017 to file the dismissal.

Respectfully submitted,

Date:  December 18, 2017           **HYDE & SWIGART**

                                  By:  s/ David J. McGlothlin
                                       David J. McGlothlin
                                       *Attorneys for Plaintiff*